UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN H. LUCORE, SR., JUDY L. LUCORE,<br><br>Plaintiffs,<br><br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE HOLDERS OF NEW CENTURY HOME EQUITY LOAN TRUST, SERIES 2005-A, ASSET BACKED PASS-THROUGH CERTIFICATES; BANK OF AMERICA, N.A.; MCGUIREWOODS LLP; PIPER A. WALDRON; CAROLEE ANNE HOOVER; LAURA G. BRYS; FIRST LEGAL INVESTIGATIONS; R.T. HANSELL; AND DOES 1-10, INCLUSIVE,<br><br>Defendants. | CASE NO. 3:17-CV-02452-DMS-BLM<br><br>The Hon. Dana M. Sabraw<br><br>**JUDGMENT IN FAVOR OF DEFENDANTS DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE HOLDERS OF NEW CENTURY HOME EQUITY LOAN TRUST, SERIES 2005-A, ASSET BACKED PASS-THROUGH CERTIFICATES; BANK OF AMERICA, N.A.; MCGUIREWOODS LLP; CAROLEE ANNE HOOVER; LAURA G. BRYS; PIPER A. WALDRON; AND ALISON V. LIPPA, AND AGAINST PLAINTIFFS STEVEN H. LUCORE, SR. AND JUDY L. LUCORE** |

Having determined that the motion for entry of a separate judgment by Defendants Deutsche Bank National Trust Company, as Trustee for the Holders of New Century Home Equity Loan Trust, Series 2005-A, Asset Backed Pass-Through Certificates; Bank of America, N.A.; McGuireWoods LLP; Carolee Anne Hoover; Laura G. Brys; Piper A. Waldron; and Alison V. Lippa ("Bank Defendants") (Docket #43) is now moot in view of Docket #52, and in further view of this Court's prior rulings in Docket #41 and #57,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:**

1. Judgment shall be and hereby is entered in favor of the Bank Defendants and each of them, and against Plaintiffs Steven H. Lucore, Sr. and Judy L. Lucore ("Plaintiffs") on the Plaintiffs' claims alleged in their complaint (Docket #1) for fraud, civil harassment and malicious prosecution ("the Complaint").

2. Plaintiffs shall recover nothing on their Complaint against the Bank Defendants.

Dated: March 5, 2019

Hon. Dana M. Sabraw
United States District Judge